# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:05-CR-00293(B)-CJC          Recorder: Tape No. SA06-44          Date: 11/13/2006

Present: The Honorable Marc L. Goldman, U.S. Magistrate Judge

Court Clerk: Terri Steele                                    Assistant U.S. Attorney: Robert C. Gannon

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1. CHI MAK aka Taichi Mak aka Daichi Mak aka Dazhi Mai aka Jack Mak<br>Custody | Ronald O. Kaye<br>CJA Panel<br>Stanley K. Greenberg<br>CJA Panel | Cantonese | S. Chan & D. Chan |
| 2. REBECCA LAIWAH CHIU aka Rebecca Mak aka Laiwa Chu aka Lihua Zhao aka Meihua Zhao<br>Bond | John D. Early<br>CJA Panel | Cantonese | S. Chan & D. Chan |
| 3. TAI WANG MAK aka Taihong Mak aka Daihong Mak aka Dahong Mai<br>Custody | C. Thomas McDonald<br>CJA Panel | Cantonese | S. Chan & D. Chan |
| 4. FUK HEUNG LI aka Lilly aka Lili aka Flora<br>Bond | Thomas Wolfsen<br>CJA Panel | Cantonese | S. Chan & D. Chan |
| 5. YUI MAK aka Billy Yui Mak and Yui Billy Mak aka Mak Yui<br>Custody | | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Second Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court enters a plea of not guilty on behalf of the defendant to all counts in the Second Superceding Indictment.

This case was previously assigned to the calendar of District Judge Cormac J. Carney.
The Judge's Order issued.

The term "Defendant" above refers to all defendants named unless otherwise specified. Defendant Chi Mak waives use of a Cantonese interpreter. All dates previously set to remain as follows: Trial for Dft Chi Mak is set for March 20, 2007 with a Status Conference on March 12, 2007, at 9:30 a.m. As to remaining Defendants, Trial is set for May 15, 2007, at 9:00 a.m. with a Status Conference on May 7, 2007, at 9:30 a.m.

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, PSASA, USMSA



00 : 10
Initials of Deputy Clerk: ts

DOCKETED ON CM
NOV 14 2006
BY ___ 037